UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KRISTEN SIMMONS, Personal Representative of
the ESTATE OF MARVIN NEAL JOHNSON, deceased,

Plaintiff, Case No. 4:24-cv-10815

v Hon. F. Kay Behm

GENESEE COUNTY
a/k/a GENESEE COUNTY JAIL,
and USA Medical & Psychological Staffing, S.C.

Defendants.

---

CHRISTINA M. HAGEN (P84133)
JULES B. OLSMAN (P28958)
MICHAELENE SOWINSKI (P72623)
Olsman MacKenzie Peacock, P.C.
Attorneys for Plaintiff
2684 West Eleven Mile Road
Berkley, MI 48072
(248) 591-2300 / (248) 591-2304 (fax)
chagen@olsmanlaw.com
jbolsman@olsmanlaw.com
msowinski@olsmanlaw.com

DEVLIN K. SCARBER (P64532)
NICHOLAS B. PILLOW (P83927)
Chapman Law Group
Attorneys for USA Medical & Psychological Staffing, S.C.
880 West Long Lake Road, Suite 150
Troy, MI 48098
(248) 644-6326
dscarber@chapmanlawgroup.com
npillow@chapmanlawgroup.com

AUDREY J. FORBUSH (P41744)
ERIC T. RAMAR (P77713)
REGAN L. GLENN (P88000)
MICHAEL D. HANCHETT (P80974)
Plunkett Cooney
Attorneys for Defendant Genesee County
Plaza One Financial Center
111 E. Court St., Suite 1B
Flint, MI 48502

(810)342-7014 / (810)232-3159 (fax)
aforbush@plunkettcooney.com

**ORDER APPROVING SETTLEMENT, COSTS, AND ATTORNEY FEES OF A CLAIM FOR WRONGFUL DEATH**

The Court having read the Motion to Approve Settlement of a Claim for Wrongful Death and to Allow Distribution of Proceeds, the Court having heard testimony on the record and being fully advised in the premises hereof;

IT IS HEREBY ORDERED AND ADJUDGED that the settlement in the amount stated in the Confidential Settlement Breakdown Sheet is heretofore approved.

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that the settlement is fair, reasonable, adequate and in the best interests of the Estate of Marvin Neal Johnson, deceased;

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that GENESEE COUNTY a/k/a GENESEE COUNTY JAIL, and USA Medical & Psychological Staffing, S.C., tender the full and complete amount of the settlement proceeds in this

matter to Plaintiff's counsel, which Plaintiff's counsel will deposit into her law firm's escrow account.

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that upon the Defendants' payment to Plaintiff's counsel of the approved settlement amount, Defendants will be dismissed with prejudice from this lawsuit, and are entitled to entry of an order accordingly in exchange for said settlement payment.

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that the attorney fee and costs set forth in the Confidential Settlement Breakdown Sheet are hereby approved and shall be paid to Plaintiff's attorney;

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that Olsman MacKenzie Peacock, P.C. hold $35,738.84 in its IOLTA account pending resolution of the Medicaid lien in this matter;

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that 100% of the proceeds be allocated to the interested persons in the Estate of Marvin Neal Johnson for their loss of society and companionship, and 0% of the proceeds be allocated to the Estate for conscious pain and suffering.

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that the court did not approve distribution between the beneficiaries, and therefore a hearing shall be held on October 7, 2026, at 10:00 AM via Zoom conference, for the purpose of determining allocation and distribution of the settlement proceeds among the

beneficiaries. The Defendants are not required to participate in any further hearings regarding distribution.

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that notice of the hearing shall be provided to all interested persons.

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that this Court shall retain jurisdiction over payment of the settlement proceeds.

THIS IS NOT A FINAL ORDER AND DOES NOT CLOSE THIS CASE.

**SO ORDERED.**

Date: September 18, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

Approved as to form:

MICHAELENE SOWINSKI (P72623)
Attorney for Plaintiff

*/s/ Devlin Scarber (w/permission MS P72623)*

DEVLIN K. SCARBER (P64532)
Attorney for Defendant USA Medical & Psychological Staffing, S.C.

*/s/ Audrey Forbush (w/permission MS P72623)*

AUDREY J. FORBUSH (P41744)
Attorney for Defendant Genesee County