UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTEN SIMMONS, Personal Representative of the ESTATE OF MARVIN NEAL JOHNSON, deceased,

Plaintiff,

Case No. 4:24-cv-10815

V.

Hon. F. Kay Behm

GENESEE COUNTY, *et al*.,

Defendants.
____________________________________/

**ORDER STRIKING GUARDIAN AD LITEM REPORT (ECF No. 131) AND DIRECTING REFILING OF REPORT WITH REDACTIONS**

Federal Rule of Civil Procedure 5.2(a)(3) requires litigants to protect the identity of minors by using only the minor in question's initials when filing their pleadings. The Report of the Guardian ad Litem (GAL) (ECF No. 131) was recently filed and contains the full names of the minor children of Marvin Neal Johnson. The court lacks the ability to redact only portions of GAL Report or to seal only portions of it. The court therefore **STRIKES** the entire report (ECF No. 131) for failure to comply with Rule 5.2(a)(3), and it must be refiled in compliance with Rule 5.2(a)(3), forthwith.

Additionally, the GAL report and attachments contain personally identifying information relating to the minors and photographs of the minors. The court finds that there is a compelling interest in sealing personally identifying information regarding the minors and their photographs that outweighs the public's interest in open court records. *Edelstein v. Stephens*, No. 1:17-cv-00305, 2018 WL 4854593, at *4 (S.D. Ohio Oct. 5, 2018) (discussing that courts in the Sixth Circuit order records to be sealed when they contain "personal identifying information that must be protected from disclosure" and information that involves minors); *In re Flint Water Cases*, No. 517CV10164JELMKM, 2021 WL 2254064, at *2 (E.D. Mich. May 20, 2021) (holding that identifying information of minors and addresses of minors are appropriate to seal); *In re Flint Water Cases*, No. 516CV10444JELMKM, 2021 WL 1877018, at *2 (E.D. Mich. Apr. 21, 2021) (allowing the redaction of personally sensitive information including addresses, phone numbers, account numbers, and the name of a minor child); *Craig v. McMillan*, No. 3:23-CV-148-JRG-DCP, 2023 WL 4754438, at *2 (E.D. Tenn. July 25, 2023) (parties directed to file a motion to seal photographs of minor). Thus, the court **ORDERS** the Guardian ad Litem to refile his report with any personally identifying information of the minors redacted, along with their photographs.

The redactions must be narrowly tailored to cover only sensitive information. *See Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016).

**SO ORDERED**.

Date: November 25, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge